# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DANIEL WAYNE JOINER, | Case No. 25-CV-1296 (NEB/DJF) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| B. EISCHEN AND FPC DULUTH, | |
| Respondents. | |

The Court has received the June 11, 2025 Report and Recommendation of United States Magistrate Judge Dulce J. Foster. (ECF No. 7.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 7) is ACCEPTED;

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED WITHOUT PREJUDICE for failure to exhaust administrative remedies;

3. The action is DISMISSED WITHOUT PREJUDICE; and

CASE 0:25-cv-01296-NEB-DJF   Doc. 8   Filed 08/05/25   Page 2 of 2

4. Mr. Joiner's application to proceed in forma pauperis (ECF No. 4) is DENIED.

Dated: August 5, 2025

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge